# U N I T E D   S T A T E S   D I S T R I C T   C O U R T
## EASTERN DISTRICT OF PENNSYLVANIA
### PROBATION OFFICE



JANA G. LAW
**CHIEF U.S. PROBATION OFFICER**

**FEDERAL OFFICE BUILDING**
**600 ARCH STREET, SUITE 2400**
**PHILADELPHIA, PA   19106-1679**
**215-597-7950**
**FAX: 215-597-8856**

September 30, 2021

**MEMORANDUM**

TO:         The Honorable Joel H. Slomsky
            U.S. District Court Judge

RE:         Acosta, Leslie
Docket No.:   2:15CR000548-001

Attached is a Petition for Your Honor's consideration. If there are any questions, please contact the undersigned office at 267-299-4583.

Respectfully submitted,

Jana G. Law
Chief U.S. Probation Officer

**Bruce E. Green** Digitally signed by Bruce E. Green
Date: 2021.09.30 10:35:04 -04'00'

for:   Sha-Leyah E. Phillips
       U.S. Probation Services Technician

SEP
Attachment

Approved By:

**Bruce E. Green** Digitally signed by Bruce E. Green
Date: 2021.09.30 10:35:24 -04'00'

Bruce E. Green
Supervising U.S Probation Officer

# United States District Court

for the

## Eastern District of Pennsylvania

September 30, 2021

U.S.A. vs. Leslie Acosta                                    Case No. 2:15CR000548-001

### Petition on Supervised Release

COMES NOW Bruce E. Green U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Leslie Acosta who was placed on supervised release by the Honorable Joel H. Slomsky sitting in the Court at Philadelphia, PA, on the 28th day of June, 2018, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE:    Conspiracy to commit money laundering (Count one)

ORIGINAL SENTENCE:    The defendant was committed to the custody of the U.S. Bureau of Prisons for a term of seven months, followed by three years of supervised release. A $100.00 special assessment was also imposed.

SPECIAL CONDITIONS:    1) The defendant shall provide the U.S. Probation Office with full disclosure of her financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of her financial dealings and shall provide truthful statements of her income; 2) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any fine or restitution obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the restitution obligation or otherwise has the express approval of the Court; and 3) The defendant shall pay restitution of $623,000.00, due in monthly installments of not less than $150.00 to commence 30 days after release from imprisonment.

SUPERVISION
COMMENCED:    March 06, 2019

SUPERVISION
TERMINATES:    March 05, 2022

**RE:    Acosta, Leslie**
**Case:  2:15CR000548-001**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE
AS FOLLOWS:

Ms. Acosta has made an adequate adjustment to supervision. She currently resides with her mother in Philadelphia, Pennsylvania, and is employed on a full-time basis. There is no evidence of any new criminal activity and Ms. Acosta has complied with the conditions of her supervision. Ms. Acosta has paid the special assessment in full and paid $3,800.00 towards her restitution. Ms. Acosta currently has a restitution balance of $619,200.00 which will not be paid in full by the end of her supervision.

According to Section 18 U.S.C. § 3613(b), the liability to pay a fine shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment of the person fined, or upon the death of the individual fined. In addition, according to Section 18 U.S.C. § 3613(f), in accordance with § 3664(m)(1)(A) of this title, all provisions of this section are available to the United States for the enforcement of an order of restitution.

Ms. Acosta supervision is scheduled to expire on March 05, 2022. The Financial Litigation Unit of U.S. Attorney's Office will be notified of Ms. Acosta's case expiration date. It is noted that the U.S. Attorney's Office will monitor and collect this debt beyond the period of supervision, taking collection action as deemed necessary.

We respectfully request that Your Honor permit the term of supervision to terminate as scheduled with an outstanding restitution balance and offer the following prayer for the Court's consideration.

2

RE:    **Acosta, Leslie**
**Case:  2:15CR000548-001**

**PRAYING THAT THE COURT WILL ORDER...**

**THAT THE TERM OF SUPERVISED RELEASE BE PERMITTED TO TERMINATE, AS SCHEDULED, ON MARCH 05, 2022, WITH AN OUTSTANDING RESTITUTION BALANCE.**

I declare under penalty of perjury that the foregoing is true and correct.

Bruce E. Green
Digitally signed by Bruce E. Green
Date: 2021.09.30 10:35:48 -04'00'

Bruce E. Green
Supervising U.S. Probation Officer

Place:  Philadelphia, PA
Date:    September 30, 2021

cc:      Assistant U.S. Attorney
         U.S. Attorney - Financial Litigation Unit
         Defendant's Attorney
         Defendant

### ORDER OF THE COURT

Considered and ordered this  30th day  of September, 2021, and ordered filed  and made part of the records in the above case.

   S/ *Joel H. Slomsky*
_____

The Honorable Joel H. Slomsky
U.S. District Court Judge